# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MISSOURI

Caballo Coal Company         )
)
)
                 Plaintiff(s),    )
)    Case No.
                 vs.           )
Luminant Generation Company LLC,    )
f/k/a TXU Generation Company, LP    )
              Defendant(s).    )

## DISCLOSURE OF CORPORATION INTERESTS
## CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Defendant_____ hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

    Luminant Holding Company LLC; Texas Competitive Electric Holdings Company LLC; Energy Future Competitive Holdings Company; Energy Future Holdings Corp.; Texas Energy Future Holdings L.P.

2. Subsidiaries not wholly owned by the corporation:

    Comanche Peak Nuclear Power Company LLC
    Fuelco LLC
    EFH CG Holdings Company LP

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

    None.

Signature (Counsel for Plaintiff/Defendant)
Print Name:___Glenn E. Davis_____
Address:_____One Metropolitan Square_
_____Suite 2600_____
City/State/Zip:_St. Louis, MO   63102_
Phone:_____(314) 621-5070_____

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 20 Day of February , 20 09 .